818

nied. *Daniel D. Glasser* and *Eugene R. Ward* for petitioner. *John J. Mortimer, L. Louis Karton* and *Arthur Magid* for respondents.

No. 107. UNITED STATES COLD STORAGE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *H. Bascom Thomas, Jr.* for petitioner. *Acting Solicitor General Davis, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 108. ADWOOD CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Richard Bentley* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 110. FOSTER ET AL., DOING BUSINESS AS J. M. FOSTER & Co., *v.* BUCKNER. C. A. 6th Cir. Certiorari denied. *William J. Eggenberger* for petitioners. *James A. Markle* for respondent.

No. 111. SECURITIES AND EXCHANGE COMMISSION *v.* MASTERSON. C. A. 3d Cir. Certiorari denied. *Acting Solicitor General Stern* and *Roger S. Foster* for petitioner. *E. Ennalls Berl* for respondent.

No. 112. ROCKWELL MANUFACTURING Co. *v.* THE STANLEY WORKS. C. A. 3d Cir. Certiorari denied. *William A. Strauch* and *J. Matthews Neale* for petitioner. *T. Clay Lindsey* for respondent.

No. 116. ATKINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Hayden C. Covington* for petitioner.

*Acting Solicitor General Davis, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 122. WEISBROD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Philip B. Kurland* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 124. GRENADA INDUSTRIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert A. Littleton, Philip B. Perlman, Arthur L. Gilliom* and *Elbert R. Gilliom* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *I. Henry Kutz* for respondent.

No. 126. NATIONAL LABOR RELATIONS BOARD *v.* MARINE ENGINEERS BENEFICIAL ASSOCIATION, No. 13. C. A. 3d Cir. Certiorari denied. *Acting Solicitor General Stern* and *George J. Bott* for petitioner. *Abraham E. Freedman, Clifford D. O'Brien* and *Ruth Weyand* for respondent.

No. 127. CHROMIUM PRODUCTS CORP. *v.* RECONSTRUCTION FINANCE CORP. C. A. 9th Cir. Certiorari denied. *Burton K. Wheeler, Robert G. Seaks* and *Horace S. Davis* for petitioner. *Acting Solicitor General Davis* for respondent.

No. 132. HOGAN *v.* CITY OF MIAMI BEACH. Supreme Court of Florida. Certiorari denied. *Carl T. Hoffman* for petitioner. *Thos. H. Anderson* for respondent.